JOHNSON *v.* CRAVEY.

120  1047
129   289

SIMMONS, C. J. 1. While, on the interlocutory hearing of an application for a receivership, the judge may consider a demurrer to the petition as cause for refusing interlocutory relief, he has no jurisdiction in vacation before the appearance term to pass upon the demurrer as such; and a judgment rendered at such time, sustaining the demurrer and dismissing the petition, is void. *Stewart* v. *Stewart,* 89 *Ga.* 138.

2. There is nothing in section 5540 of the Civil Code, or the acts amendatory thereof, to authorize a judgment sustaining a demurrer to a petition to be brought to this court by a "fast" writ of error, and exceptions so made can not be considered. Ibid.

3. If the matter intended to be excepted to was the refusal to appoint a receiver, there was as to this no abuse of discretion.

*Judgment affirmed without prejudice. All the Justices concur.*

Argued July 16, — Decided August 12, 1904.

Petition for receiver, etc.    Before Judge Spence.    Worth·superior court.    June 6, 1904.

*B. B. White, Davis & Turner, W. R. Daley, Aldine Chambers,* and *W. M. Smith,* for plaintiff.    *Park & Payton,* for defendant.